**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| ONE WELLINGTON PLACE OF § <br> BEAUMONT OWNERS § <br> ASSOCIATION, INC. § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ACCEPTANCE INDEMNITY § <br> INSURANCE COMPANY § <br> Defendant. § | CIVIL ACTION NO. 1:19-cv-00317 <br> JURY DEMANDED |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFF

Plaintiff, One Wellington Place of Beaumont Owners Association, Inc., and Defendant, Acceptance Indemnity Insurance Company, file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is One Wellington Place of Beaumont Owners Association, Inc.; Defendant is Acceptance Indemnity Insurance Company.

2. On July 25, 2019, Plaintiff sued Defendant in the above-styled court and civil action number. On August 23, 2019, Acceptance Indemnity Insurance Company filed its Original Answer.

3. On or about September 21, 2020, the parties settled the claim. As a result of the settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiff now moves to dismiss the suit against Defendant.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

By:  /s/ *Connor R. Adamson*
  Connor R. Adamson
  State Bar No. 24116002
  P.O. Box 6666
  Corpus Christi, Texas 78466
  Telephone: (361) 654-7008
  Fax: (361) 654-7001
  cadamson@gnqlawyers.com
  **ATTORNEY FOR DEFENDANT**
  **ACCEPTANCE INDEMNITY**
  **INSURANCE COMPANY**

By:  */s/ Eric W. Newell*\*_____
  Eric W. Newell
  Attorney-in-Charge
  State Bar No. 24046521
  215 Orleans
  Beaumont, Texas 77701
  Telephone: (409) 835-2666
  Fax: (866) 753-9080
  Eric_newell@bcoonlaw.com
  **ATTORNEY FOR PLAINTIFF**
  **ONE WELLINGTON PLACE OF**
  **BEAUMONT OWNERS ASSOCIATION,**
  **INC.**

*\*signed with permission*

## CERTIFICATE OF SERVICE

  I certify that on October 21, 2020, a copy of this stipulation was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, One Wellington Place of Beaumont Owners Association, Inc., via electronic filing or regular mail:

*Attorney for Plaintiff*
Eric Newell
Brent Coon & Associates, PC
Email: eric_newell@bcoonlaw.com

**VIA E-FILING**

        /s/*Connor R. Adamson*
        Connor R. Adamson